IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AMANDA N. AMANTI,                                6:11-cv-06378-MA

        Plaintiff,                           ORDER

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

MARSH, Judge

    Based on the stipulation of the parties, it is hereby ORDERED that attorneys fees in the amount of $4,882.32 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, plaintiff is awarded $350.00 in costs pursuant to 28 U.S.C. § 1920. The parties agree that attorney fees and costs will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program. See Astrue v. Ratliff, ___ U.S. ___, 130 S.Ct. 2521 (2010).

///

///

1 - ORDER

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorney and mailed to plaintiff's attorney's office.

IT IS SO ORDERED.

DATED this __/3__ day of February, 2013.

                                                  _Malcolm F. Marsh_
                                                  Malcolm F. Marsh
                                                  United States District Judge

2 - ORDER